Jeremy NEWSOME, by His Mother and Next Friend, Lyndia Traylor; Lyndia Traylor, Individually, Plaintiffs—Appellants

v.

MISSISSIPPI HIGH SCHOOL ACTIVITIES ASSOCIATION INC.; Nettleton School District, Defendants—Appellees.

No. 08–60720.

United States Court of Appeals, Fifth Circuit.

June 17, 2009.

Jim D. Waide, III, Waide & Associates, Tupelo, MS, for Plaintiffs–Appellants.

Kathryn Russell Gilchrist, Adams & Reese, Jackson, MS, for Defendants–Appellees.

Before REAVLEY, WIENER, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Having heard oral argument and reviewed the record and the briefs, we AFFIRM the judgment of the district court for the reasons stated in its opinion.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.